IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLABEG CORP., a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY CORP., a Connecticut Corporation; and<br><br>THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS, an Illinois Insurance Company,<br><br>    Defendants. | Civil Action No. 04-1326 |

**STIPULATION FOR DISMISSAL**

Plaintiff Flabeg Corp. and Defendants Travelers Property Casualty Corp. and The Travelers Indemnity Company Of Illinois, by their undersigned counsel and pursuant to Federal Rule of Civil Procedure 42(a)(ii), hereby stipulate to the Dismissal with prejudice of this case and all claims asserted herein.

Respectfully submitted,                              Respectfully submitted,

*Paul K. Geer*                                       *James R. Walker*
Paul K. Geer, Esquire                                James R. Walker
DiBella & Geer, P.C.                                 Pa. I.D. # 42175
322 Boulevard of the Allies                          Manion McDonough & Lucas, P.C.
Third Floor                                          600 Grant Street, Suite 1414
Pittsburgh, PA 15222                                 Pittsburgh, PA 15219
412-261-2900                                         412-232-0200

SO ORDERED, this 24th day of July, 2006.

_____
Hon. Gary L. Lancaster, U.S. District Judge